**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LARRY ALDOFF,**

Plaintiff,

vs. Civil No. 07-410 WJ/ACT

**VINCENT VIGIL, et al.,**

Defendants.

**ORDER and JUDGMENT**

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Docket No. 21.] No objections were filed.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff=s claims against Vincent Vigil in Plaintiff=s Complaint filed April 26, 2007, be dismissed with prejudice and the remaining claims be dismissed without prejudice..

**WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**